**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 385 EAL 2017
                 :
            Respondent      :
                 :    Petition for Allowance of Appeal from
                 :    the Order of the Superior Court
         v.            :
                 :
                 :
KENNITH C. MONROE,           :
                 :
            Petitioner       :

## ORDER

**PER CURIAM**

      **AND NOW**, this 5th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.